**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Chunga Haki MATATA, Defendant— Appellant.**

No. 09–7127.

United States Court of Appeals, Fourth Circuit.

Submitted: April 22, 2010.

Decided: April 26, 2010.

[redacted]

Chunga Haki Matata, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chunga Haki Matata seeks to appeal the district court's order denying his motion for reconsideration of the order reducing his sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Matata,* No. 4:94–cr–00044–LHT–12 (W.D.N.C. May 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*